**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tristan C. Byars Sr.                                CHAPTER 13
        Ashley N. Byars
                    Debtor(s)                           BKY. NO. 25-22901 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ Matthew Fissel
                                        Matthew Fissel
                                        05 Nov 2025, 13:09:00, EST

                                        Denise Carlon, Esq. (317226)   ☐
                                        Matthew Fissel, Esq. (314567)   ☑
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        412-430-3594
                                        bkgroup@kmllawgroup.com