IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-22901-GLT |
|    Tristan C. Byars, Sr. | ) | Chapter: 13 |
|    Ashley N. Byars, | ) | |
|    *Debtor(s)* | ) | Docket No. |
| | ) | |
|    Tristan C. Byars, Sr. | ) | |
|    Ashley N. Byars, | ) | |
|    *Movant(s)* | ) | Conciliation Conference: |
| | ) | 05/14/2026 at 9:00AM |
|    vs. | ) | |
| | ) | |
| US Dept of Education/NelNet, JPMorgan Chase, | ) | |
| Capital One Auto Finance, Jefferson Capital Systems, | ) | |
| American Express National Bank ℅ Beckett & Lee, | ) | |
| Quantum3 Group LLC, Pennymac Loan Services, | ) | |
| Duquesne Light Company, UPMC Health Services, | ) | |
| Office of the United States Trustee, | ) | |
|    *Respondents* | ) | |
| Ronda J. Winnecour, Esq., | ) | |
|    *Chapter 13 Trustee, W.D. PA* | ) | |

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that on April 8, 2026, 2026 a true and correct copy of the *Notice of Proposal to Confirmed Plan Dated 02/25/2026 and Amended Chapter 13 Plan dated 04/08/2026* was caused to be served by First Class U.S. Mail to:

**Attached Mailing Matrix**

Date of Service: <u>April 8, 2026</u>
                                 /s/ Kenneth Steidl
                                 Kenneth Steidl, Esquire
                                 Attorney for the Debtor
                                 STEIDL & STEINBERG, P.C.
                                 436 Seventh Avenue, Suite 322
                                 Pittsburgh, PA  15219
                                 (412) 391-8000
                                 ken.steidl@steidl-steinberg.com
                                 PA I.D. No.  34965

Label Matrix for local noticing
0315-2
Case 25-22901-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Apr  8 15:18:50 EDT 2026

A.R.M. Solutions
PO Box 2929
Camarillo, CA 93011-2929

Accredo Health Group
PO Box 954041
Saint Louis, MO 63195-4041

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998-1535

Amex
P.o. Box 981537
El Paso, TX 79998-1537

(p)BELMONT FINANCE LLC
300 PLOVER ROAD
PLOVER WI 54467-9401

Ashley N. Byars
508 Camilla St.
Baden, PA 15005-1714

Tristan C. Byars Sr.
508 Camilla St.
Baden, PA 15005-1714

Cap1/kohls Dept Store
Po Box 31293
Salt Lake City, UT 84131-0293

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

Capital One Auto Finance
Capital One Auto Finance, Attn: Bankrupt
7933 Preston Rd
Plano, TX 75024-2302

Capital One Auto Finance
Credit Bureau Dispute
Plano, TX 75025

Capital One Auto Finance, a division of Capi
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Chase Card Services
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850-5299

Chase Card Services
Po Box 15369
Wilmington, DE 19850-5369

Childrens Community Pediatrics
PO Box 360371
Pittsburgh, PA 15251-6371

Christian Counseling Associates
101 Pembroke Court
Greensburg, PA 15601-6404

Collection Services Center Inc.
P.O. Box 560
New Kensington, PA 15068-0560

Comenity Bank/Kay Jewelers
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Kay Jewelers
Po Box 182789
Columbus, OH 43218-2789

Comenitycapital/midas
Attn: Bankruptcy
Pob 182125
Columbus, OH 43218-2125

Comenitycapital/midas
Po Box 182120
Columbus, OH 43218-2120

Dept Of Education/neln
Po Box 82561
Lincoln, NE 68501-2561

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Financial
Po Box 30939
Salt Lake City, UT 84130-0939

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

Keri P. Ebeck
Metz Lewis
444 Liberty Avenue
Suite 2100
Pittsburgh, PA 15222-1222

Matthew Fissel
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Heritage Valley Multispecialty Group Inc
P.O. Box 640058
Pittsburgh, PA 15264-0058

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

PENNYMAC LOAN SERVICES, LLC
P.O. Box 2410
Moorpark, CA 93020-2410

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

PennyMac Loan Services, LLC
PennyMac Loan Services, LLC, Attn: Bankr
Po Box 514387
Los Angeles, CA 90051-4387

PennyMac Loan Services, LLC
Po Box 514387
Los Angeles, CA 90051-4387

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Quest Diagnostics Venture, LLC
P.O. Box 740717
Cincinnati, OH 45274-0717

SMAC
P.O. Box 2092
Memphis, TN 38101-2092

Kenneth Steidl
Steidl & Steinberg
Koppers Building
436 Seventh Ave. Ste. 322
Pittsburgh, PA 15219-1818

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
Po Box 71757
Philadelphia, PA 19176-1757

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Po Box 71727
Philadelphia, PA 19176-1727

UPMC Childrens Express Care
4401 Penn Ave
Pittsburgh, PA 15224-1334

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Health Services
PO Box 371472
Pittsburgh, PA 15250-7472

US Department of Education c/o Nelnet
121 South 13th Street
Lincoln, NE 68508-1911

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Belmont Finance LLC
300 Plover Road
Plover, WI 54467

(d)Belmont Finance LLC
Attn: Bankruptcy Dept
300 Plover Road
Plover, WI 54467

Discover Financial
Attn: Bankruptcy
Po Box 30943
Salt Lake City, UT 84130

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617

(d)Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One Auto Finance, a division of Ca
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Childrens Community Pediatrics
PO Box 360371
Pittsburgh, PA 15251-6371

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients    52
Bypassed recipients     4
Total                  56