FILED
4/28/26 10:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  25-22901 GLT |
| | ) | Chapter 13 |
| Tristan C. Byars Sr. | ) | Docket No. |
| Ashley N. Byars | ) | |
| *Debtor(s)* | ) | |
| | ) | |
| Tristan C. Byars Sr. | ) | |
| Ashley N. Byars | ) | |
| *Movant(s)* | ) | |
| | ) | Related to Docket No. 37 |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent(s)* | ) | |

## CONSENT ORDER APPROVING DEBTOR TO FINANCE A NEW OR USED VEHICLE

AND NOW, to wit, this ___ 28th Day of April _____, 2026, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1.   The Debtors need to add another vehicle to their household as they now have a child of driving age.

2.   The Debtor is authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

    a.   The total amount of financing **shall not exceed** $25,000.00; and

    b.   The monthly payments made under the financing agreement **shall not exceed $500.00.**

3.   To the extent that Debtors secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtors shall file:

    a.   an amended chapter 13 plan; and

    b.   a report of financing which will include the details of the automobile financing.

4.   Debtor shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file a proof of the same with the Court.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court


/s/ Kate DeSimone                                  /s/ Kenneth Steidl
Kate DeSimone, Esquire                          Kenneth Steidl, Esquire
Counsel for the Chapter 13 Trustee        Attorney for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 25-22901-GLT

Tristan C. Byars, Sr.                                                                    Chapter 13

Ashley N. Byars
        Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 28, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                  +  Tristan C. Byars, Sr., Ashley N. Byars, 508 Camilla St., Baden, PA 15005-1714

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:**

**Name                         Email Address**

Kenneth Steidl
                          on behalf of Joint Debtor Ashley N. Byars julie.steidl@steidl-steinberg.com
                          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
                          on behalf of Debtor Tristan C. Byars  Sr. julie.steidl@steidl-steinberg.com,
                          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
                          on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel
                          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

District/off: 0315-2                          User: auto                                      Page 2 of 2

Date Rcvd: Apr 28, 2026                       Form ID: pdf900                                 Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6