Certificate Number: 17082-PAW-DE-041337400

Bankruptcy Case Number: 25-22901

17082-PAW-DE-041337400

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 17, 2026, at 5:09 o'clock PM MST, ASHLEY N BYARS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: August 17, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director