**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TRISTAN C. BYARS, SR.
ASHLEY N. BYARS
Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:25-22901 GLT

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/29/2025 and confirmed on 01/05/2026 . The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 21,030.99 |
| Less Refunds to Debtor | 5,130.64 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,900.35 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,500.00 | |
| Trustee Fee | 1,238.48 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,738.48 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 5790 | 0.00 | 11,336.50 | 0.00 | 11,336.50 |
| PENNYMAC LOAN SERVICES LLC<br>Acct: 5790 | 291.93 | 291.93 | 0.00 | 291.93 |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT<br>Acct: 5314 | 1,490.14 | 1,490.14 | 43.30 | 1,533.44 |
| | | | | 13,161.87 |
| Priority | | | | |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TRISTAN C. BYARS, SR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TRISTAN C. BYARS, SR.<br>Acct: | 5,130.64 | 5,130.64 | 0.00 | 0.00 |
| STEIDL & STEINBERG PC<br>Acct: | 3,500.00 | 1,500.00 | 0.00 | 0.00 |

* * * N O N E * * *

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| ACCREDO HEALTH GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4577 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 920.25 | 0.00 | 0.00 | 0.00 |
| Acct: 1008 | | | | |
| BELMONT FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6686 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1542 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 6,799.88 | 0.00 | 0.00 | 0.00 |
| Acct: 5666 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 2,662.71 | 0.00 | 0.00 | 0.00 |
| Acct: 4902 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 6,163.24 | 0.00 | 0.00 | 0.00 |
| Acct: 5868 | | | | |
| CHILDRENS COMMUNITY PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1987 | | | | |
| CHILDRENS COMMUNITY PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2119 | | | | |
| CHRISTIAN COUNSELING ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY(*) | 327.40 | 0.00 | 0.00 | 0.00 |
| Acct: 1882 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 4,910.29 | 0.00 | 0.00 | 0.00 |
| Acct: 8947 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 2,016.03 | 0.00 | 0.00 | 0.00 |
| Acct: 8376 | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5619 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1535 | | | | |
| HERITAGE VALLEY MULTISPECIALTY GRC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9120 | | | | |
| HERITAGE VALLEY MULTISPECIALTY GRC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7807 | | | | |
| QUEST DIAGNOSTICS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7094 | | | | |
| SMAC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0081 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 2,319.22 | 0.00 | 0.00 | 0.00 |
| Acct: 9356 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 1,566.09 | 0.00 | 0.00 | 0.00 |
| Acct: 5333 | | | | |
| CHILDRENS HOSPITAL OF PITTSBURGH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1987 | | | | |
| UPMC HEALTH SERVICES | 1,418.92 | 0.00 | 0.00 | 0.00 |
| Acct: 8635 | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS 13,161.87

| | |
|---|---|
| TOTAL CLAIMED | |
| PRIORITY | 0.00 |
| SECURED | 1,782.07 |
| UNSECURED | 29.104.03 |

Date: 08/25/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com