**Form 302**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Tristan C. Byars Sr.**
**Ashley N. Byars**
Debtor(s)

Bankruptcy Case No.: 25−22901−GLT
Related to Docket No. 60
Chapter: 7
Docket No.: 66 – 60

**ORDER**

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED.**

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: September 9, 2026

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 25-22901-GLT
Tristan C. Byars, Sr. Chapter 7
Ashley N. Byars
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 4
Date Rcvd: Sep 09, 2026 Form ID: 302 Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tristan C. Byars, Sr., Ashley N. Byars, 508 Camilla St., Baden, PA 15005-1714 |
| 16601716 | ++ | BELMONT FINANCE LLC, 300 PLOVER ROAD, PLOVER WI 54467-9401 address filed with court:, Belmont Finance LLC, 300 Plover Road, Plover, WI 54467 |
| 16601727 | + | Childrens Community Pediatrics, PO Box 360371, Pittsburgh, PA 15251-6371 |
| 16601729 | + | Christian Counseling Associates, 101 Pembroke Court, Greensburg, PA 15601-6404 |
| 16624582 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16601738 | | Heritage Valley Multispecialty Group Inc, P.O. Box 640058, Pittsburgh, PA 15264-0058 |
| 16601748 | + | UPMC Childrens Express Care, 4401 Penn Ave, Pittsburgh, PA 15224-1334 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16601712 | ^ | MEBN | Sep 10 2026 02:14:10 | A.R.M. Solutions, PO Box 2929, Camarillo, CA 93011-2929 |
| 16601713 | ^ | MEBN | Sep 10 2026 02:14:44 | Accredo Health Group, PO Box 954041, Saint Louis, MO 63195-4041 |
| 16618522 | | Email/PDF: bncnotices@becket-lee.com | Sep 10 2026 02:19:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16601715 | + | Email/PDF: bncnotices@becket-lee.com | Sep 10 2026 02:19:33 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 16601714 | + | Email/PDF: bncnotices@becket-lee.com | Sep 10 2026 02:19:23 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 16601718 | + | EDI: CAPITALONE.COM | Sep 10 2026 06:11:00 | Cap1/kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16601721 | + | EDI: CAPITALONE.COM | Sep 10 2026 06:11:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16601719 | + | EDI: CAPITALONE.COM | Sep 10 2026 06:11:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16601724 | + | EDI: CAPONEAUTO.COM | Sep 10 2026 06:11:00 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 16601723 | | EDI: CAPONEAUTO.COM | Sep 10 2026 06:11:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 16614397 | + | EDI: AISACG.COM | Sep 10 2026 06:11:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16601725 | + | EDI: JPMORGANCHASE | Sep 10 2026 06:11:00 | Chase Card Services, Po Box 15369, Wilmington, |

| | | | | |
|---|---|---|---|---|
| | | | | DE 19850-5369 |
| 16601726 | + | EDI: JPMORGANCHASE | Sep 10 2026 06:11:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 16601730 | ^ | MEBN | Sep 10 2026 02:14:08 | Collection Services Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 16601732 | + | EDI: WFNNB.COM | Sep 10 2026 06:11:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 16601731 | + | EDI: WFNNB.COM | Sep 10 2026 06:11:00 | Comenity Bank/Kay Jewelers, Po Box 182789, Columbus, OH 43218-2789 |
| 16601734 | + | EDI: WFNNB.COM | Sep 10 2026 06:11:00 | Comenitycapital/midas, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 16601733 | + | EDI: WFNNB.COM | Sep 10 2026 06:11:00 | Comenitycapital/midas, Po Box 182120, Columbus, OH 43218-2120 |
| 16601737 | | EDI: DISCOVER | Sep 10 2026 06:11:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 16601735 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 10 2026 02:17:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16601736 | + | EDI: DISCOVER | Sep 10 2026 06:11:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16615665 | | EDI: JEFFERSONCAP.COM | Sep 10 2026 06:11:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 16616195 | | EDI: JEFFERSONCAP.COM | Sep 10 2026 06:11:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16610551 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 10 2026 02:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16624337 | + | Email/PDF: ebnotices@pnmac.com | Sep 10 2026 02:30:24 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 16601740 | + | Email/PDF: ebnotices@pnmac.com | Sep 10 2026 02:19:35 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16601741 | + | Email/PDF: ebnotices@pnmac.com | Sep 10 2026 02:30:29 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16622116 | | EDI: Q3G.COM | Sep 10 2026 06:11:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16622206 | | EDI: Q3G.COM | Sep 10 2026 06:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16601742 | | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 10 2026 02:18:00 | Quest Diagnostics Venture, LLC, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 16601743 | ^ | MEBN | Sep 10 2026 02:14:51 | SMAC, P.O. Box 2092, Memphis, TN 38101-2092 |
| 16601745 | + | EDI: SYNC | Sep 10 2026 06:11:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16601744 | + | EDI: SYNC | Sep 10 2026 06:11:00 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 16601747 | + | EDI: SYNC | Sep 10 2026 06:11:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16601746 | + | EDI: SYNC | Sep 10 2026 06:11:00 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16601749 | ^ | MEBN | Sep 10 2026 02:14:02 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |

| | | | | |
|---|---|---|---|---|
| 16624674 | | Email/Text: BNCnotices@dcmservices.com | Sep 10 2026 02:17:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16609125 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 10 2026 02:17:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16601717 | *P++ | BELMONT FINANCE LLC, 300 PLOVER ROAD, PLOVER WI 54467-9401, address filed with court:, Belmont Finance LLC, Attn: Bankruptcy Dept, 300 Plover Road, Plover, WI 54467 |
| 16601722 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16601720 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16601728 | * | Childrens Community Pediatrics, PO Box 360371, Pittsburgh, PA 15251-6371 |
| 16601739 | * | Heritage Valley Multispecialty Group Inc, P.O. Box 640058, Pittsburgh, PA 15264-0058 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Kenneth Steidl | on behalf of Debtor Tristan C. Byars Sr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Kenneth Steidl | on behalf of Joint Debtor Ashley N. Byars julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 6